UNITED STATES of America,
Plaintiff–Appellee

v.

Alker DE LA SIERRA, Defendant–Appellant.

No. 08–10199
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Rick Calvert, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Alker De La Sierra, Seagoville, TX, pro se.

---

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alker De La Sierra has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). De La Sierra has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Terry Lynn Hargers has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hargers has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

